UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MEDIPHARM-RX, INC. and
MEDCENTER PHARMACY, INC.,

      Plaintiffs,

v.                                                                                 Case No. 8:06-cv-2223-T-24-EAJ

ALBERTO R. GONZALES, *in his official*
*capacity as Attorney General, United States*
*Department of Justice*, and
KAREN TANDY, *in her official capacity*
*as the Administrator of the United States*
*Drug Enforcement Administration*,

      Defendants.
_____/

**O R D E R**

      This cause comes before the Court for consideration of Plaintiffs' Amended Motion for Preliminary Injunction (Doc. No. 3) filed on December 1, 2006, and Defendants' Response in Opposition (Doc. No. 13) filed on December 12, 2006. These motions were considered by the United States Magistrate Judge. Magistrate Judge Jenkins held a hearing on December 14, 2006 (Doc. No. 15). Thereafter, Magistrate Judge Jenkins filed her Report and Recommendation, recommending that Plaintiffs' request for preliminary injunctive relief be denied. (Doc. No. 19.) All parties were furnished copies of the Report and Recommendation on January 4, 2007, and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). Plaintiffs filed Objections to the Magistrate's Report on January 16, 2007. (Doc. No. 20.)

      Upon consideration of the Report and Recommendation and Plaintiffs' Objections, and upon this Court's independent examination of the file, it is determined that the Report and

Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that

    (1)    The Magistrate Judge's Report and Recommendation (Doc. No. 19) is adopted and incorporated by reference in this Order of the Court;

    (2)    Plaintiffs' Amended Motion for Preliminary Injunction (Doc. No. 3) is **DENIED**;

    (3)    Plaintiffs' case is **DISMISSED WITHOUT PREJUDICE** because it is not supported by a complaint as is required by Rule 3 of the Federal Rules of Civil Procedure;

    (4)    The Clerk is directed to close this case.

**DONE AND ORDERED** at Tampa, Florida, this 16th day of February, 2007.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Elizabeth A. Jenkins
Counsel of Record